IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MAURICE ISSAC HEMINGWAY | § | |
| VS. | § | CIVIL ACTION NO. 1:06cv703 |
| KENNETH RUSSO, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Maurice Issac Hemingway, proceeding *pro se*, filed this civil rights lawsuit. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The magistrate judge recommends that this lawsuit be dismissed for failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED** this the 7 day of **March, 2022.**

_____
Thad Heartfield
United States District Judge